

**ORDERED in the Southern District of Florida on October 19, 2015.**

*[signature]*

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  CASE NO.: 09-23197-BKC-AJC
                                                                                        Chapter 7
**JOSE L. ALVAREZ**
SS# XXX-XX-0119
**ROXANA ROBLES**
SS# XXX-XX-4326

            Debtors.            /

### ORDER DENYING DEBTORS' DISCHARGE

**THIS CAUSE** having come before the Court on September 22, 2015 at 10:30 a.m. for continued hearing on Joel L. Tabas, Trustee's Notice of Default and Motion for Entry of Order Denying Debtors' Discharge [ECF 179] (the "Motion") and the Court, having reviewed the Motion, having heard from counsel, having been advised that the Debtors refused and failed to cure the $1,933.36 payment default which caused the filing of the Motion despite the Court granting them the opportunity to do so by continuing the original hearing on the Motions, *see* ECF 182, it is

**ORDERED** as follows:

CASE NO.:  09-23197-BKC-AJC

1. The Motion is granted.

2. Pursuant to 11 U.S.C. § 727(a)(6)(A), the Debtors' discharge is denied.

# # #

Submitted by:

Joel L. Tabas
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.